IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBRA LINDEMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>PANERA BREAD COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No.: 3:10-cv-00837-WDS-DGW<br>)<br>)<br>)<br>) |

## *DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE*

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for defendant Panera Bread Company hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation: N/A.

2. Subsidiaries not wholly owned by the corporation: N/A.

3. Any publicly held company that owns ten percent (10%) or more of the corporation: N/A.

                                              /s/ Jessica A. Brasel
                                              Jessica A. Brasel  #6284709
                                              Attorney for Defendant
                                              RABBITT, PITZER & SNODGRASS, P.C.
                                              100 South Fourth Street, Suite 400
                                              St. Louis, Missouri 63102-1821
                                              (314) 421-5545
                                              (314) 421-3144 (Fax)

## AFFIDAVIT OF SERVICE

I, the undersigned, certify that copy of the foregoing has been electronically served on all counsel of record via the Court's CM/ECF system, or U.S. mail for parties not registered with CM/ECF, on this 8 day of Dec. , 2010.

Ms. Rhonda D. Fiss
Attorney for Plaintiff
23 Public Square, Suite 230
Belleville, Illinois 62220

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

/s/ Jessica Brasel